```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

KERSTIN URSULA HULTQVIST

                Debtor(s)

Chapter 13
Case No.  16-53367 MEH

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge:  M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Debtor has failed to comply with 11 U.S.C. §521(e)(2)(A)(i) and (B), in that she has not provided the Trustee with a copy of her 2015 state tax return.  Additionally, the Debtor must provide copies of her 2015 W-2 wage and tax statements.  Until the Debtor provides the requested information, the Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4) and is unable to recommend confirmation.

//

//

2. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) is met, the Trustee requests that the Debtor provide her with a copy of each federal income tax return, state tax return and W-2 form required under applicable law with respect to each tax year of the Debtor ending while the case is pending confirmation. The tax returns shall be provided to her at the same time it is filed with the taxing authority.

Dated:  February 24, 2017    /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on February 24, 2017.

Said envelopes were addressed as follows:

| KERSTIN URSULA HULTQVIST<br>20303 LA PALOMA AVE<br>SARATOGA, CA 95070 | LAW OFFICES OF DAVID A BOONE<br>1611 THE ALAMEDA<br>SAN JOSE, CA 95126 |
|---|---|

/S/ Erin Chew_____
Office of Devin Derham-Burk, Trustee