```
DAVID A. BOONE, ESQ., #74165
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, California 95126
(408) 291-6000

ATTORNEYS FOR DEBTOR
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| ) | CASE NO.: 16-53367 MEH |
| KERSTIN URSULA HULTQVIST ) | |
| ) | Hearing Date: August 29, 2017 |
| ) | Hearing Time: 10:00 a.m. |
| Debtor. ) | Judge: Hon. M. Elaine Hammond |
| ) | Place: United States Bankruptcy Court |
| ) | 280 S. First Street, Courtroom 3020 |
| ) | San Jose, CA 95113 |
| ) | |

**STATUS STATEMENT RE CONTESTED HEARING ON PLAN CONFIRMATION**

The above-captioned debtors ("Debtors") filed this case on November 29, 2016. The objection to confirmation by the Kingdom of Sweden, was filed on January 11, 2017, Docket #13.

The objection by creditor was for the dischargeability of Debtor's student loan debt. Dischargeability is not grounds for an objection to confirmation of Debtor's case ,and should be overruled. Debtor will file an adversary to determine dischargeability of the debt by the hearing date. The adversary is the proper way to determine dischargeability of the debt.

There has been no response from the Creditor, and there are no pending objections to the plan. Based on the foregoing, if Creditor's objection is withdrawn or overruled, the case should be ready for confirmation,

Date: August 15, 2017        /s/ David A. Boone
                             DAVID A. BONE, Attorney for Debtor

V:\18793\Notice of Contested Hearing - SCS.wpd